

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-14-00897-CV

**IN THE ESTATE OF WILLIAM THOMAS BOOTH,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2786
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

The Appellee's Second Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on December 29, 2015. No more extensions will be allowed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court